# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**RUBY BUCK,**                                                       **PETITIONER**

**V.**                                                             **NO. 4:01CR052-P**

**UNITED STATES OF AMERICA,**                                **RESPONDENT**

### FINAL JUDGMENT DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

In accordance with the opinion issued this day, the petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 is hereby denied, and the cause of action is dismissed with prejudice.

**IT IS SO ORDERED.**

THIS the 24th day of February 2006.

                                                                     /s/ W. Allen Pepper, Jr.
                                                                     W. ALLEN PEPPER, JR.
                                                                    UNITED STATES DISTRICT JUDGE